UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WESLEY DAVID TODD                                                                                     PLAINTIFF

V.                                                     CIVIL ACTION NO. 3:21-CV-109-KHJ-MTP

WARDEN S. REISER                                                                                 RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [31] of United States Magistrate Judge Michael T. Parker. That Report recommends that this Court deny Wesley David Todd's petition for writ of habeas corpus [1]. [31]. Written objections to the Report were due by April 8, 2022. The Report notified the parties that failure to file written objections to the findings and recommendations by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

When no party has objected to a magistrate judge's report and recommendation, the Court need not review it de novo. 28 U.S.C. § 636(b)(1). In such cases, the Court can apply the clearly erroneous, abuse of discretion, and contrary to law standards of review. *See United States v. Brigham*, 569 F.3d 220, 228 (5th Cir. 2009) (citation omitted).

This Court, finding that there has been no submission of written objections by any party, and finding the Report contains no clear error, adopts the Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed

without prejudice for failure to exhaust administrative remedies. A separate Final Judgment will issue this day.

SO ORDERED, this the 12th day of April, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE